# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

MICHAEL EDWARD CLARK,

    Plaintiff(s),

v.

LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICERS,

    Defendant(s).

Case No.: 2:19-cv-02178-JAD-NJK

**ORDER**

[Docket No. 4]

    Pending before the Court is Defendants' motion for a screening of Plaintiff's complaint. Docket No. 4. The motion is predicated factually on the assertion that Plaintiff was an inmate at Clark County Detention Center when he filed suit and that he remains an inmate there. *Id.* at 1. Plaintiff's address identified on the docket is a street address, however, and not the address of Clark County Detention Center. *See also id.* at 3 (certificate of mailing). Moreover, Plaintiff does not appear to be an inmate at Clark County Detention Center based on a review of its online inmate search tool. *See, e.g.*, *Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-999 (9th Cir. 2010) (courts may take judicial notice of information on government websites).

In light of the above, Defendants are hereby **ORDERED** to file, by December 23, 2019, a declaration in support of their representation as to Plaintiff's status as an inmate. The declaration must include, *inter alia*, Plaintiff's inmate ID number.

IT IS SO ORDERED.

Dated: December 19, 2019

_____
Nancy J. Koppe
United States Magistrate Judge